RECEIPT # 51995
AMOUNT $ 150
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 11-18-03

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.

ERMANN SULLY,

    Plaintiff

v.

FABIANO ESTRELLA, STEPHEN MORSE
and TOWN OF RANDOLPH,

    Defendants

NOTICE OF REMOVAL

03cv12298 WGY

MAGISTRATE JUDGE Cohen

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Now come the defendants, Fabiano Estrella, Stephen Morse, and Town of Randolph, pursuant to the provisions of 28 U.S.C. §§1441 and 1446, and hereby file notice of the removal of this action from the Superior Court of the Commonwealth of Massachusetts, County of Middlesex, where it is currently pending, based upon the following grounds:

1. This is an action in which the plaintiff alleges violations of rights secured by the United States Constitution, pursuant to 42 U.S.C. §1983, by defendants Estrella and Morse. See Complaint (Preliminary Statement, Counts I, II, VII, IX), affixed hereto and incorporated by reference.

2. The plaintiff also raises state law claims against defendants Estrella and Morse, seeking recovery pursuant to G.L. c. 12, §11H, I, alleging violations of his rights under Massachusetts Constitution (Complaint, Counts II, IX).

3. The plaintiff also alleges state law claims against defendant Estrella for false imprisonment (Count III), malicious prosecution (Count IV), abuse of process (Count V), assault