LEONARD KOPELMAN
DONALD G. PAIGE
ELIZABETH A. LANE
JOYCE FRANK
JOHN W. GIORGIO
BARBARA J. SAINT ANDRE
JOEL B. BARD
JOSEPH L. TEHAN, JR.
THERESA M. DOWDY
DEBORAH A. ELIASON
RICHARD BOWEN
DAVID J. DONESKI
JUDITH C. CUTLER
KATHLEEN E. CONNOLLY
DAVID C. JENKINS
MARK R. REICH
BRIAN W. RILEY
DARREN R. KLEIN
JONATHAN M. SILVERSTEIN

EDWARD M. REILLY
DIRECTOR WESTERN OFFICE

WILLIAM HEWIG III
JEANNE S. McKNIGHT

**KOPELMAN AND PAIGE, P.C.**
ATTORNEYS AT LAW
31 ST. JAMES AVENUE
BOSTON, MASSACHUSETTS 02116-4102

(617) 556-0007
FAX (617) 654-1735

PITTSFIELD OFFICE
(413) 443-6100

NORTHAMPTON OFFICE
(413) 585-8632

WORCESTER OFFICE
(508) 752-0203

FILED
IN CLERKS OFFICE
2003 DEC 10  A 10: 54
U.S. DISTRICT COURT
DISTRICT OF MASS.

KATHLEEN M. O'DONNELL
SANDRA M. CHARTON
PATRICIA A. CANTOR
THOMAS P. LANE, JR.
MARY L. GIORGIO
THOMAS W. McENANEY
KATHARINE GOREE DOYLE
GEORGE X. PUCCI
LAUREN F. GOLDBERG
JASON R. TALERMAN
JEFFREY A. HONIG
MICHELE E. RANDAZZO
GREGG J. CORBO
RICHARD T. HOLLAND
LISA C. ADAMS
ELIZABETH R. CORBO
MARCELINO LA BELLA
VICKI S. MARSH
JOHN J. GOLDROSEN
SHIRIN EVERETT
BRIAN E. GLENNON, II
JONATHAN D. EICHMAN
LAURA H. PAWLE
TODD A. FRAMPTON
JACKIE COWIN
SARAH N. TURNER

December 9, 2003

Civil Clerk
United States District Court
  for the District of Massachusetts
U. S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:  Ermann Sully v. Town of Randolph, et al.
     <u>United States District Court, C.A. No. 03-12298WGY</u>

Dear Sir/Madam:

Enclosed for filing in the above-referenced case, please find certified copies of all documents on file with the state court. Kindly docket the same.

Thank you for your attention to this matter.

Very truly yours,

Gregg J. Corbo

GJC/lem
cc:  Board of Selectmen (w/o enc.)
     Officer Fabiano Estrella (w/o enc.)
     Officer Stephen Morse (w/o enc.)
     Town Counsel (w/o enc.)
     Murray P. Reiser, Esq. (w/o enc.)
208707/METR/0381

03-4260

Ermann Sully

vs.

FAbiano Estrella, Stephen Morse
and Town Of Randolph

FILED
IN CLERK'S OFFICE

2003 DEC 10 A 10: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

Removal To US District Court

## *Commonwealth of Massachusetts*
## SUPERIOR COURT DEPARTMENT
## THE TRIAL COURT
### CAMBRIDGE

MICV. 2003- 4260

I, Karen O'Connor, Deputy Assistant Clerk of the Superior Court, within and for said County of Middlesex, do certify that the annexed papers are true copies made by photographic process of pleadings entered in the Superior Court on the 10/17/03 in the year of our Lord Two Thousand three

In testimony whereof, I hereunto set my hand and affix the seal of said Superior Court, at Cambridge, in said County, this 12/01/03 in the year of our Lord Two Thousand . three



_____
Deputy Assistant Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.

ERMANN SULLY,

        Plaintiff

v.

FABIANO ESTRELLA, STEPHEN MORSE
and TOWN OF RANDOLPH,

        Defendants

NOTICE OF REMOVAL

03 CV 12298 WGY

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

    Now come the defendants, Fabiano Estrella, Stephen Morse, and Town of Randolph, pursuant to the provisions of 28 U.S.C. §§1441 and 1446, and hereby file notice of the removal of this action from the Superior Court of the Commonwealth of Massachusetts, County of Middlesex, where it is currently pending, based upon the following grounds:

    1.    This is an action in which the plaintiff alleges violations of rights secured by the United States Constitution, pursuant to 42 U.S.C. §1983, by defendants Estrella and Morse. See Complaint (Preliminary Statement, Counts I, II, VII, IX), affixed hereto and incorporated by reference.

    2.    The plaintiff also raises state law claims against defendants Estrella and Morse, seeking recovery pursuant to G.L. c. 12, §11H, I, alleging violations of his rights under Massachusetts Constitution (Complaint, Counts II, IX).

    3.    The plaintiff also alleges state law claims against defendant Estrella for false imprisonment (Count III), malicious prosecution (Count IV), abuse of process (Count V), assault