UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12298WGY

FILED
IN CLERKS OFFICE

2004 JAN -5 P 12: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

ERMANN SULLY,

    Plaintiff

v.

FABIANO ESTRELLA, STEPHEN MORRIS and TOWN OF RANDOLPH,

    Defendants

DEFENDANT FABIANO ESTRELLA'S L.R. 16.1(D)(3) CERTIFICATE

Now comes defendant Fabiano Estrella and the undersigned counsel and hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_____
Fabiano Estrella

COUNSEL TO DEFENDANT
FABIANO ESTRELLA,

_____
Joseph L. Tehan, Jr.
Gregg J. Corbo
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

180082/60700/0381