FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS    JAN -5 P 12: 39

U.S. CIV NO. 03-12298 WGY
DISTRICT OF MASS.

| | |
|---|---|
| ERMANN SULLY,<br><br>          Plaintiff<br><br>v.<br><br>FABIANO ESTRELLA, STEPHEN MORRIS and TOWN OF RANDOLPH,<br><br>          Defendants | DEFENDANT TOWN OF RANDOLPH'S L.R. 16.1(D)(3) CERTIFICATE |

Now comes defendant Town of Randolph, through its authorized representative and the undersigned counsel and hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

COUNSEL TO DEFENDANT
TOWN OF RANDOLPH,

_____
Paul Connors
Executive Secretary
Town of Randolph

_____
Joseph L. Tehan, Jr.
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

180079/60700/0381