UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12298WGY

FILED
CLERKS OFFICE
2004 JAN -5 P 12: 39
U.S. DISTRICT COURT
DISTRICT OF MASS.

ERMANN SULLY,

    Plaintiff

v.

FABIANO ESTRELLA, STEPHEN MORRIS and TOWN OF RANDOLPH,

    Defendants

DEFENDANT STEPEHN MORSE'S L.R. 16.1(D)(3) CERTIFICATE

Now comes defendant Stephen Morse and the undersigned counsel and hereby affirm that they have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_____
Stephen Morse

COUNSEL TO DEFENDANT
STEPHEN MORSE,

_____
Joseph L. Tehan, Jr.
Gregg J. Corbo
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

180086/60700/0381