UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12298-WGY

| | |
|---|---|
| ERMANN SULLY,<br><br>           Plaintiff<br>v.<br><br>FABIANO ESTRELA, STEPHEN MORSE and TOWN OF RANDOLPH,<br><br>           Defendants | JOINT SCHEDULING<br>STATEMENT |

Pursuant to L.R. 16.1(D), the parties have conferred and propose the following Scheduling Statement:

I. <u>DISCOVERY PLAN</u>

The parties propose the following discovery plan:

    A.    Automatic Document Disclosure to be completed on or about February 2, 2004;

    B.    All written discovery shall be completed by March 31, 2004

    C.    All non-expert depositions are to be completed by July 15, 2004

    D.    Plaintiff's expert witnesses shall be designated by August 1, 2004 and defendants' expert witnesses shall be designated within thirty (30) days after plaintiff's disclosure;

    E.    All expert depositions shall be completed by November 1, 2004

II. <u>MOTION SCHEDULE</u>

The parties propose the following schedule for the filing of motions:

    A.    All dispositive motions are to be filed on or before December 1, 2004;

III.     ADR SCHEDULE

If the parties agree to submit this matter to alternative dispute resolution through the Court sponsored Mediation Program, they shall schedule mediation for a mutual agreeable time on or after August 1, 2004.

IV.     CERTIFICATIONS

L.R. 16.1 certifications of conferral will be filed separately.

V.     CONSENT TO TRIAL BY MAGISTRATE

The parties do not consent to trial by Magistrate.

VI.     TRIAL

This case will be placed on the Court's rolling trial list for February, 2005.

| PLAINTIFF | DEFENDANTS |
|---|---|
| By his attorney, | By their attorney, |
| /s/ Murray P. Reiser | /s/ Gregg J. Corbo |
| Murray P. Riser (BBO #416180)<br>Law Office of Murray P. Riser, P.C.<br>4 Longfellow Place, Ste. 3703<br>Boston, MA 02114<br>(617) 742-1810 | Joseph L. Tehan, Jr. (BBO# 494020)<br>Gregg J. Corbo (BBO #641459)<br>Kopelman and Paige, P.C.<br>31 St. James Avenue<br>Boston, MA 02116<br>(617) 556-0007 |

209277/60700/0381