UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 03-CV-12298WGY

ERMANN SULLY,
                Plaintiff

v.

FABIANO ESTRELLA, STEPHEN MORRIS,
and TOWN OF RANDOLPH,
                Defendants.

## PLAINTIFF, ERMANN SULLY'S L.R. 16.1 (D)(3) CERTIFICATE

Now comes the plaintiff Ermann Sully and the undersigned counsel and hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

                COUNSEL TO PLAINTIFF
                ERMANN SULLY,

s/Ermann Sully                 s/Murray P. Reiser
_____         _____
Ermann Sully                   Murray P. Reiser, Esq.
                                        Law Office of Murray P. Reiser
                                        4 Longfellow Place, Suite 3703
                                        Boston, MA 02114
                                        (617) 742-1810