UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12298-WGY

ERMANN SULLY,

          Plaintiff

v.

FABIANO ESTRELA, STEPHEN MORSE
and TOWN OF RANDOLPH,

          Defendants

JOINT SCHEDULING
STATEMENT

Pursuant to L.R. 16.1(D), the parties have conferred and propose the following Scheduling

Statement:

I.      DISCOVERY PLAN

The parties propose the following discovery plan:

A.      Automatic Document Disclosure to be completed on or about February 2, 2004;

B.      All written discovery shall be completed by March 31, 2004

C.      All non-expert depositions are to be completed by July 15, 2004

D.      Plaintiff's expert witnesses shall be designated by August 1, 2004 and defendants'

expert witnesses shall be designated within thirty (30) days after plaintiff's

disclosure;

E.      All expert depositions shall be completed by November 1, 2004

II.     MOTION SCHEDULE

The parties propose the following schedule for the filing of motions:

A.      All dispositive motions are to be filed on or before December 1, 2004;

YOUNG, D.J.
So ordered as the case management
scheduling order.
    Discovery due _____ *Nov 1 2004* _____
    Dispositive Motions due _____ *Dec 1, 2004* _____

_William A. Young_
U.S. District Judge

III.    ADR SCHEDULE

If the parties agree to submit this matter to alternative dispute resolution through the

Court sponsored Mediation Program, they shall schedule mediation for a mutual agreeable time

on or after August 1, 2004.

IV.    CERTIFICATIONS

L.R. 16.1 certifications of conferral will be filed separately.

V.    CONSENT TO TRIAL BY MAGISTRATE

The parties do not consent to trial by Magistrate.

VI.    TRIAL

This case will be placed on the Court's rolling trial list for February, 2005.


PLAINTIFF                                           DEFENDANTS

By his attorney,                                    By their attorney,


/s/ Murray P. Reiser                                /s/ Gregg J. Corbo
_____                             _____
Murray P. Riser (BBO #416180)                       Joseph L. Tehan, Jr. (BBO# 494020)
Law Office of Murray P. Riser, P.C.                 Gregg J. Corbo (BBO #641459)
4 Longfellow Place, Ste. 3703                       Kopelman and Paige, P.C.
Boston, MA 02114                                    31 St. James Avenue
(617) 742-1810                                      Boston, MA 02116
                                                    (617) 556-0007

209277/60700/0381