UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 03-12298-WGY

ERMANN SULLY,
                    Plaintiff

v.

FABIANO ESTRELA, STEPHEN MORSE,
and TOWN OF RANDOLPH,
                    Defendants.

## PLAINTIFF'S MOTION TO AMEND THE COMPLAINT (ASSENTED TO)

The plaintiff moves this Honorable Court to grant him leave, pursuant to Rule 15 of the

Federal Rules of Civil Procedure, to amend the Complaint to reflect the proper date the alleged

events which are the subject of the complaint began.  The plaintiff recently became aware of the

error and immediately sought to correct the pleadings.  Specifically, the plaintiff seeks to amend

the Complaint to read at Paragraph 7, "[o]n April 20, 2001" rather than on April 21, 2001.  In all

other respects, the Complaint and the events as stated therein shall remain the same.

| | |
|---|---|
| Respectfully submitted,<br>The plaintiff,<br>By his attorney, | Assented to:<br>The defendants,<br>By their attorney, |
| s/ Murray P. Reiser | s/ Joseph L. Tehan, Jr. |
| Murray P. Reiser, BBO# 416180<br>Law Office of Murray P. Reiser, P.C.<br>4 Longfellow Place, Suite 3703<br>Boston, MA 02114<br>(617) 742-1810 | Joseph L. Tehan, Jr., BBO# 494020<br>Kopelman and Paige, P.C.<br>31 St. James Avenue<br>Boston, MA 02116<br>(617) 556-0007 |