UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12298-WGY

ERMANN SULLY,

    Plaintiff

v.

FABIANO ESTRELA, STEPHEN MORSE and TOWN OF RANDOLPH,

    Defendants

JOINT MOTION TO EXTEND SCHEDULING ORDER

Now come the parties in the above-referenced case, and hereby move, pursuant to L.R. 16.1(G), that this Honorable Court extend all deadlines contained in the Joint Scheduling Order for this case by sixty (60) days.

As good cause therefor, the parties rely on the within Memorandum of Reasons:

MEMORANDUM OF REASONS

1. According to the Joint Scheduling Order in this case all written discovery was to be completed by March 31, 2004 and all non-expert depositions are to be completed by July 15, 2004.

2. Both parties have substantially complied with the Order and have completed written discovery except the parties have agreed to supplement certain discovery responses, including Defendant Officers' personnel files, which will be released upon the Court's allowance of the Joint Motion for a Protective Order filed on June 11, 2004.

3. Because the Plaintiff does not have the Officers' personnel files and other supplemental discovery he is unable to depose the Officers.

4. Additionally, there are numerous non-party witnesses to depose. Notwithstanding the defendants' best efforts to locate the non-party witnesses, there have been delays in

1

locating these witnesses. The defendants have scheduled depositions for two of the five non-party witnesses and have just recently been able to locate one of the others and will schedule a deposition of that witness forthwith. The other two witnesses have yet to be located.

5. Notwithstanding both parties' diligence in attempting to schedule depositions it is unlikely that the parties will be able to complete depositions of all non-expert witnesses by July 15, 2004.

WHEREFORE, in view of the foregoing, it is respectfully requested that the time for completion of the depositions in the Joint Scheduling Order be extended from July 15, 2004 to September 15, 2004, that the time for designation of plaintiff's expert witnesses be extended from August 1, 2004 to October 1, 2004 with all expert depositions completed by January 1, 2005, that all dispositive motions be filed on or before February 1, 2005; that if the parties agree to submit this matter to alternative dispute resolution they will schedule mediation on or after October 1, 2004; and that the case be placed on the Court's rolling trial list for April 2005.

COUNSEL TO DEFENDANTS
FABIANO ESTRELA,
STEPHEN MORSE, AND
TOWN OF RANDOLPH

/s/ Joseph L. Tehan, Jr.
Joseph L. Tehan, Jr. (BBO #494020)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

#223553/METG/60700-0381

COUNSEL TO PLAINTIFF

/s/ Murray P. Reiser
Murray P. Reiser (BBO #416180)
Law Office of Murray P. Reiser, P.C.
4 Longfellow Place, Suite 3703
Boston, MA 02114
(617) 742-1810