FILED
UNITED STATES DISTRICT COURT'S OFFICE
DISTRICT OF MASSACHUSETTS

2004 JUL 12 P 3: 19

C.A. NO. 03-12298-WGY

U.S. DISTRICT COURT
DISTRICT OF MASS

---

ERMANN SULLY,

        Plaintiff

v.

FABIANO ESTRELA, STEPHEN MORSE and
TOWN OF RANDOLPH,

        Defendants

CERTIFICATE OF COMPLIANCE
WITH LOCAL RULE 7.1(A)(2)

---

Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the

District of Massachusetts, defendants' counsel hereby certifies that he conferred with

plaintiff's counsel in regard to Defendants' Motion for Disclosure of Criminal Offender

Record Information in a good faith attempt to resolve and narrow the issues. Plaintiffs'

counsel has indicated that the plaintiff assents to the Motion.

DEFENDANTS, FABIANO
ESTRELLA, STEPHEN MORSE
AND TOWN OF RANDOLPH

By their attorneys,

Joseph L. Tehan, Jr. (BBO#494020)
Jeffrey T. Blake (BBO# 655773)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007