UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12298-WGY

ERMANN SULLY,

        Plaintiff

v.

FABIANO ESTRELA, STEPHEN MORSE and TOWN OF RANDOLPH,

        Defendants

**JOINT MOTION TO EXTEND SCHEDULING ORDER**

Now come the parties in the above-referenced case, and hereby move, pursuant to L.R. 16.1(G), that this Honorable Court extend the deadline for completion of depositions and the designation of expert witnesses contained in the Amended Joint Scheduling Order for this case to October 31, 2004.

As good cause therefor, the parties rely on the within Memorandum of Reasons:

## MEMORANDUM OF REASONS

1. According to the Amended Joint Scheduling Order in this case all depositions of non-expert witnesses are to be completed by September 15, 2004.

2. Both parties have substantially complied with the Order and have completed or partially completed all depositions of the non-expert witnesses in this case except for four.

3. Plaintiff's counsel has started by not completed the Fed.R.Civ.P. 30(b)(6) deposition of the Town and the deposition of Lt. Kevin Connors Randolph Police Department (retired) remains to be taken. Lt. Connors was involved in the arrest of the plaintiff.

1

4. Defendants subpoenaed Rose Etienne, a non-party witness who accompanied the plaintiff on the night the alleged civil rights violations took place; however, Ms. Etienne failed to attend the deposition. Ms. Etienne was to be deposed on August 10, 2004. See Exhibit A. Ms. Etienne was a witness to the arrest and release of the plaintiff and is a material witness to the case. Ms. Etienne' deposition will be re-noticed.

5. Additionally, another material non-party witness', Mr. Bony Alexis, address has just recently been discovered by the parties. Mr. Alexis lives in Florida, thus service of a subpoena and the logistics of scheduling the deposition are further compounded. Mr. Alexis is material to this matter because he was allegedly involved in the initial altercation that gave rise to the plaintiff's arrest.

6. Notwithstanding both parties' diligence in attempting to schedule depositions it is unlikely that the parties will be able to complete depositions of all non-expert witnesses by September 15, 2004.

WHEREFORE, in view of the foregoing, it is respectfully requested that the time for completion of the depositions and the designation of expert witnesses in the Amended Joint Scheduling Order be extended from September 15, 2004 to October 31, 2004, and that all other deadlines remain unchanged.

COUNSEL TO DEFENDANTS
FABIANO ESTRELA,
STEPHEN MORSE, AND
TOWN OF RANDOLPH

*/s/ Joseph L. Tehan, Jr.*
Joseph L. Tehan, Jr. (BBO #404020)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

COUNSEL TO PLAINTIFF

*/s/ Murray P. Reiser*
Murray P. Reiser (BBO #416180)
Law Office of Murray P. Reiser, P.C.
4 Longfellow Place, Suite 3703
Boston, MA 02114
(617) 742-1810

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 9/14/2004

3