UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUL 12 P 3: 19

C.A. NO. 03-12298-WGY

U.S. DISTRICT COURT
DISTRICT OF MASS

---

ERMANN SULLY,

        Plaintiff

v.

FABIANO ESTRELA, STEPHEN MORSE and
TOWN OF RANDOLPH,

        Defendants

ORDER

---

It is hereby ordered that the Commissioner of Probation for the Trial Court of the

Commonwealth of Massachusetts shall provide in accordance with M.G.L. c. 6, § 172 (c)

to defendants Fabiano Estrela, Stephen Morse, and the Town of Randolph's attorney,

Joseph L. Tehan, Jr., Kopelman and Paige, P.C., 31 St. James Avenue, Boston,

Massachusetts, 02116 all Criminal Offender Record Information (CORI), including but

not limited to certified records of convictions, for the person listed below:

Name:                          Ermann Sully
Date of Birth:                 October 5, 1969
Social Security Number:        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

William G. Young
United States District Chief Judge

224485/METG/0381