UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 03-12298-WGY

| | |
|---|---|
| ERMANN SULLY,<br>                Plaintiff<br><br>v.<br><br>FABIANO ESTRELA, STEPHEN MORSE,<br>and TOWN OF RANDOLPH,<br>                Defendants. | |

## PLAINTIFF'S MOTION TO WITHDRAW HIS MOTION TO COMPEL

Now comes the plaintiff, Ermann Sully, and hereby requests this Honorable Court permit the plaintiff to withdraw his Motion to Compel. As grounds therefore, the plaintiff states that defense counsel has agreed to present Lt. Connor for deposition on October 14, 2004 and further Lt. Connor has given defense counsel authority to accept service of any trial subpoena on his behalf. As such, the plaintiff does not require Lt. Connor's address at this time.

DATED:

Respectfully submitted,
By the Plaintiff,
By his attorney,

/s/ Murray P. Reiser
Murray P. Reiser, BBO# 416180
Law Office of Murray P. Reiser, P.C.
4 Longfellow Place, Suite, 3703
Boston, MA 02114
(617) 742-1810

### CERTIFICATE OF SERVICE

I, Murray P. Reiser, hereby certify that a true copy of the foregoing documents was served upon the attorney of record for each party on this 4th day of October, 2004 via first class mail.

/s/ Murray P. Reiser
_____
Murray P. Reiser