UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 03-CV-12298WGY

| | |
|---|---|
| ERMANN SULLY,<br>             Plaintiff<br><br>v.<br><br>FABIANO ESTRELLA, STEPHEN MORRIS,<br>and TOWN OF RANDOLPH,<br>             Defendants. | |

### PLAINTIFF, ERMANN SULLY'S DISCLOSURE OF EXPERT WITNESS

Now comes the plaintiff, Ermann Sully, pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, and hereby states Gary A. Chinman, M.D. of the Brigham and Women's Hospital, Department of Psychiatry at 75 Francis Street, Boston, MA may be used an expert witness to present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence at the trial of the above captioned action on behalf of the plaintiff. Attached hereto and incorporated herein please find Medical Report of Gary A. Chinman, MD Concerning Ermann Sully.

DATED:                                   Respectfully submitted,
                                         By the Plaintiff,
                                         By his attorney,

                                         /s/ Murray P. Reiser
                                         _____
                                         Murray P. Reiser, BBO# 416180
                                         Law Office of Murray P. Reiser, P.C.
                                         4 Longfellow Place, Suite, 3703
                                         Boston, MA 02114
                                         (617) 742-1810

**CERTIFICATE OF SERVICE**

I, Murray P. Reiser, hereby certify that a true copy of the foregoing documents was served upon the attorney of record for each party on this 29th day of November, 2004 via first class mail.

                                         /s/ Murray P. Reiser
                                         _____