UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. NO.: 03-CV-12298WGY

| ERMANN SULLY, |
| Plaintiff |
| v. |
| FABIANO ESTRELLA, STEPHEN MORRIS, and TOWN OF RANDOLPH, |
| Defendants. |

NOTICE OF FILING WITH CLERK'S OFFICE

    Notice is hereby given that the documents, exhibits and/or attachments listed below have been manually filed with the Court and are available in paper form only:

Medical Report of Gary A. Chinman, MD concerning Ermann Sully, including attached medical notes and curriculum vitae, to be attached to the Plaintiff, Ermann Sully's Disclosure of Expert Witness.

    The original documents are maintained in the case file in the Clerk's Office.

DATED:                                Attorney for Plaintiff,

                                        /s/ Murray P. Reiser

                                        _____
                                        Murray P. Reiser, BBO# 416180
                                        Law Office of Murray P. Reiser, P.C.
                                        4 Longfellow Place, Suite, 3703
                                        Boston, MA 02114
                                        (617) 742-1810