UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 03-12298-WGY

| | |
|---|---|
| ERMANN SULLY, | |
| Plaintiff | |
| v. | |
| FABIANO ESTRELA, STEPHEN MORSE, and TOWN OF RANDOLPH, | |
| Defendants. | |

### PLAINTIFF'S REQUIRED DISCLOSURES PURSUANT TO F.R.C.P. 26(a)(3)

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure the plaintiff discloses the following:

(A)   The plaintiff intends to present the following witnesses at trial:

1. Ermann Sully
2. Fabiano Estrela
3. Stephen Morse
4. Rose Etienne
   169 Wood Avenue
   Hyde Park, MA
   617-364-3804
5. Bony Alexis
   1014 Indian Trace Circle
   Riviera Beach, FL 33407
   561-767-6459
6. Frank D. Camera, Esq.
7. Paul Porter
8. Lt. Kevin Connor
9. Gary A. Chinman, M.D.
10. Lt. O'Leary
11. Dr. Joel N. Charles
    Codman Square Chiropractic
    503 Washington Street
    Dorchester, MA 02124

The plaintiff may have to call the following witnesses if the need arises:

1. Christophe Daniel
2. Stanley Osias

       3.      Scott Seto
       4.      Steve Mahoney
       5.      Paula Nedder and other Assistant District Attorneys who worked on criminal cases against plaintiff

(B)     The plaintiff intends to present the testimony of his witnesses through live testimony, however if the need arises due to the unavailability of witnesses, the plaintiff intends to introduce the deposition transcripts of Bony Alexis, who is an out of state witness, and Rose Etienne.

(C)     The plaintiff intends to offer the following documents into evidence at the time of trial:

1. Certified medical records and bills from Brigham and Women's Hospital for Ermann Sully's treatment as a result of this incident
2. Certified medical records and bills from Codman Square Chiropractic for Ermann Sully's treatment as a result of this incident
3. Certified medical records and bills from Brigham and Women's Hospital Department of Psychiatry for Ermann Sully's treatment as a result of this incident
4. Certified medical report of Gary A. Chinman, M.D.
5. Curriculum Vitae of Gary A. Chinman, M.D.
6. Affidavit of Bony Alexis
7. Audiotapes and transcript thereof of the criminal trial of the plaintiff
8. Copy of criminal trial tapes fee receipt
9. Tower tape from Randolph Police Station and the transcripts thereof
10. Transcript of tower tape with agreed upon time record of same
11. Written reprimand, notice of disciplinary findings and determinations regarding Officer Fabiano Estrela
12. Internal Affairs investigation report and file regarding complaint of Matthew Warren against Fabiano Estrela
13. Randolph Police Department towing information for plaintiff's car
14. Randolph Police Department email report to Fabiano Estrela
15. Randolph Police Department arrest log, 4/21/01
16. Notice of license suspension for chemical test refusal
17. Each police incident report and all variations thereof produced in this case, including:
    a. Randolph Police Department incident report (4/15/04, 13:06, OUI)
    b. Randolph Police Department incident report (4/15/04, 13:06, A&B w/ DW)
    c. Randolph Police Department incident report (6/11/01, 12:38, A&B w/ DW)
18. Each booking report and all variations thereof, including:
    a. 6/11/01, 12:20, assault simple
       10/13/04, 9:36, A&B w/ DW
    b. 4/21/01, 1:11, A&B w/ DW
    d. 4/21/01, 5:53, A&B w/ DW
    e. 10/13/04, 9:36, OUI
    f. 4/21/01, 3:09, OUI (all variations)
    g. 4/21/01, 3:16, OUI

19. Each police officer report and all variations thereof, including:
    a. Estrela Officer report, 4/22/01, 11:23, A&B w/ DW
    b. Estrela Police report, 6/11/01, 12:20, assault simple
    c. Estrela Officer report, 10/13/04, 9:35, assault simple
    d. Estrela Officer report, 4/22/01, 11:23, with handwritten notes on page 3
    e. Estrela Officer report, 4/15/04, 12:59, assault simple
    f. Incident report by Estrela – narrative screen computer printout (line by line with dates and times)
    g. Incident report by Morse – narrative screen computer printout (line by line with dates and times)
    h. Morse Officer report, 4/21/01, 7:14, OUI
    i. Morse Officer report, 10/13/04, 9:34, OUI
    j. Abramson Officer report, 10/13/04, 9:34, OUI
    k. Morse and Abramson Officer report, 4/15/04, 12:59, OUI
20. Randolph Police Department Log Q Sheets, including:
    a. 10/13/04, 9:35, A&B w/ DW
    b. 10/13/04, 9:35, OUI
21. Documentation regarding other claims and lawsuits against Town of Randolph for similar conduct, including:
    a. Letter from Chester Tennyson, Jr. to Joan F. Ward, Town Clerk of Randolph dated June 14, 1999 re: assault on Melanie Tuner at Vincent's Nightclub
    b. Letter dated September 27, 1999 re: false arrest of Roody Jocelyn by RPD
    c. Letter from Kevin Finnerty, Esq. to Joan Ward dated June 2, 2000 re: illegal stop and search by RPD on Erin Mulligan
    d. Letter from Finnerty to Joan Ward dated June 2, 2000 re: illegal stop and search by RPD on James Grady
22. Officer Estrela's training history
23. Officer Morse's training history
24. Training package of Stephen A. Morse
25. Personnel file of Fabiano Estrela
26. Personnel file of Stephen A. Morse
27. Officer Estrela's work and detail schedule and pay records from January 1, 2000 through April 30, 2001
28. Presentment letters to Town officials and the defendants
29. NCPS Credit Report and letter
30. The bill(s) for professional services rendered by Attorney Camera
31. Reinstatement of license fee letter

The plaintiff may have to enter into evidence the following documents if the need arises:

1. Randolph Police Department Summary Action Code List by number
2. Internal Affairs Investigation Report and Supporting Documents for Complaint of Lincoln E. Russell against officers
3. Randolph Police Department roster shift sheets for 4/21/01

3

4. Defendant, Stephen Morse's Answers to Plaintiff's First Set of Interrogatories
5. Defendant, Fabiano Estrela's Answers to Plaintiff's First Set of Interrogatories
6. Defendant, Town of Randolph's Answers to Plaintiff's First Set of Interrogatories
7. Defendant, Stephen Morse's Response to Plaintiff's First Request for Production of Documents
8. Defendant, Fabiano Estrela's Response to Plaintiff's First Request for Production of Documents
9. Defendant, Town of Randolph's Response to Plaintiff's First Request for Production of Documents
10. Defendant, Stephen Morse's Supplemental Answers to Plaintiff's First Set of Interrogatories
11. Defendant, Fabiano Estrela's Supplemental Answers to Plaintiff's First Set of Interrogatories
12. Defendant, Town of Randolph's Supplemental Answers to Plaintiff's First Set of Interrogatories
13. Defendant, Town of Randolph's Supplemental Response to Plaintiff's First Request for Production of Documents dated August 10, 2004
14. Defendant, Town of Randolph's Supplemental Response to Plaintiff's First Request for Production of Documents dated September 23, 2004
15. Fabiano Estrela's diagram of Copa Grande Nightclub area
16. Scott Seto's diagram of Copa Grande Nightclub area
17. Stephen Morse's diagram of area of arrest
18. Randolph Police Department file regarding A&B w/ DW, including:
    a. Randolph Police Department Form
    b. Criminal Complaint and applications, Docket #0156CR002223, A&B w/ DW and A&B
    c. Booking report, 4/21/01, signed 1:11
    d. Report, prisoner's rights, 4/21/01, 1:11
    e. Summons A&B w/ DW and A&B (Alexis)
    f. Summons (Seto)
    g. Memorandum to Randolph from Paula Nedder
    h. Pg. w/ CORI adult appearances
    i. Tender of plea
    j. Court folder checklist
    k. RPD pictures of plaintiff
    l. MA Registration of motor vehicle (and all variations thereof)
    m. Suicide candidates display
19. Randolph Police Department file regarding OUI, including:
    a. Memo to Bill
    b. Criminal Complaint, 0156CR002221, OUI, with application and application with court citation (and all variations thereof)
    c. Police certification of license disposition
    d. Memorandum to Randolph Police Department from Paula Nedder
    e. Stat. rights form
    f. Randolph Police Department complaint printout, re: breathalyzer test
    g. CORI of plaintiff
    h. Tender of plea

4

       i. Court folder check list
       j. End of adult arrest report sheet
       k. Civil restraining order
       l. FBI report
       m. Randolph P.D. computer printout, re: breathalyzer test
       n. Handwritten memorandum to Lt. Porter from Paula Nedder, ADA
       o. Globe article page
       p. Registration of motor vehicle printout
       q. Picture of Plaintiff – Randolph Police Department
       r. INS record printout

20. Police Policy and Procedure Manual
    a. Introduction
    b. Table of Contents
    c. 100 – LETN Training
    d. 200 – Internal Affairs
    e. 210 – Sexual Harassment
    f. 400 – Use of Force
    g. 410 – High Speed Pursuit
    h. 420 – Preliminary Investigations
    i. 421 – Interviewing Witnesses and Victims
    j. 422 – Eyewitness Identification
    k. 423 – Stop, Frisk and Threshold Inquiries
    l. 424 – Interrogating Suspects and Arrestees
    m. 430 – Handling Juveniles
    n. 440 – Arrest
    o. 445 – Arrest Warrants
    p. 460 – Testifying in Court
    q. 470 – Use of Confidential Informants
    r. 505 – Hate Crimes
    s. 650 – Transportation of Prisoners
    t. 660 – Booking Procedures and the Holding Facility
    u. 670 – Protective Custody of Incapacitated Persons
    v. 850 – Criminal Offender Record Information (C.O.R.I.)
    w. 900 – Response to Calls
    x. Index

21. Police Rules and Regulations Manual
    a. Table of Contents
    b. Introduction
    c. Law Enforcement Code of Ethics
    d. Professional Conduct and Responsibilities
       Subsections:
          i. Privacy and Off-Duty Conduct
          ii. Conduct Unbecoming an Officer
          iii. Conflict of Interest
          iv. Violating Conflict of Interest Law
          v. Membership in Organizations

     vi. Improper Associations
     vii. Undue Influence
     viii. Valuable Items – Buying/Receiving/Selling
     ix. Department Correspondence
     x. Mailing Address
     xi. Interfering with Course of Justice
     xii. Possessing Keys to Private Premises
     xiii. Private Benefit from Departmental Association
    xvi. Off-Duty Employment
   e. Orders
    Subsections:
     xiv. Unlawful Orders
     xv. Conflicting Orders
     xvi. Unjust or Improper Orders
     xvii. Instructions from Dispatcher
     xviii. Types of Orders
     xix. Insubordination
   f. Immortality
   g. Criminal Conduct
   h. Department Vehicles
   i. Upkeep of Police Manual
   j. Transporting Citizens
   k. Reports
    Subsections:
     xx. Filing Reports
     xxi. Falsifying Records
     xxii. Withholding Evidence
     xxiii. Feigning Illness or Injury
     xxiv. Departmental Records/Reports/Citations
     xxv. Line-of-Duty Disabilities
21. Miscellaneous
  a. Patrolman duties and responsibilities
  b. Dispatcher duties and responsibilities
22. Transcripts of and Exhibits used in depositions of:
  a. Ermann Sully
  b. Fabiano Estrela
  c. Stephen Morse
  d. Acting Chief Paul Porter
  e. Bony Mike Alexis
  f. Rose Etienne
  g. Lt. Edward O'Leary
  h. Lt. Kevin Connor
  i. Scott Seto
  j. Stephen Mahoney

DATED:  January 6, 2005                             By plaintiff's attorney,

/s/ Murray P. Reiser
_____
Murray P. Reiser, BBO# 416180
Law Office of Murray P. Reiser, P.C.
4 Longfellow Place, Suite 3703
Boston, MA 02114
(617) 742-1810


**CERTIFICATE OF SERVICE**

   I, Murray P. Reiser, hereby certify that a true copy of the foregoing document was served upon the attorney of record for each party to this action on this 7th day of January, 2005 via hand delivery and via facsimile on 6th day of January, 2005.

/s/ Murray P. Reiser
_____
Murray P. Reiser