UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12298WGY

ERMANN SULLY,

                Plaintiff

v.

FABIANO ESTRELA, STEPHEN MORSE and
TOWN OF RANDOLPH,

                Defendants

## DEFENDANTS' FED.R.CIV.P 26(a)(3) PRE-TRIAL DISCLOSURES

Now come the defendants, Fabiano Estela, Stephen Morse and the Town of Randolph, pursuant to Fed.R.Civ.P 26(a)(3), and hereby disclose the following:

(A)    The defendants intend to call the following witnesses at trial

    1.    Fabiano Estrela
          Randolph Police Department
          41 South Main Street
          Randolph, MA 02368
          (781) 963-1212

    2.    Stephen Morse
          Randolph Police Department
          41 South Main Street
          Randolph, MA 02368
          (781) 963-1212

    3.    Paul Porter
          Randolph Police Department
          41 South Main Street
          Randolph, MA 02368
          (781) 963-1212

4. Kevin Connor
   Randolph Police Department
   41 South Main Street
   Randolph, MA 02368
   (781) 963-1212

5. Marc Abramson
   Randolph Police Department
   41 South Main Street
   Randolph, MA 02368
   (781) 963-1212

6. Scott Seto
   350 Washington Street
   Brookline, MA 02446
   (617) 548-6469

7. Stephen Mahoney
   96 Meadow Drive,
   Raynham, MA
   (781) 389-4667

8. Thomas Libby
   Randolph Police Department
   41 South Main Street
   Randolph, MA 02368
   (781) 963-1212

The defendants may call the following witnesses if the need arises:

1. Dominic Fasoli
   Randolph Police Department
   41 South Main Street
   Randolph, MA 02368
   (781) 963-1212

2. John Sullivan
   Randolph Police Department
   41 South Main Street
   Randolph, MA 02368
   (781) 963-1212

3. Edward O'Leary
   Randolph Police Department
   41 South Main Street
   Randolph, MA 02368

               (781) 963-1212

4. James J. Foley
Quincy District Court
Quincy, MA 02169

5. The defendants further reserve the right to call every witness listed in the plaintiff's Fed.R.Civ.P 26(a)(3) disclosures.

(B) The defendants intend to present the testimony of witnesses through live testimony; however, in the event that any witnesses deposed by the parties are unavailable, the defendants will introduce the transcripts of their deposition. Accordingly, the defendants reserve the right to introduce the deposition testimony of the following witnesses:

1. Scott Seto;

2. Steven Mahoney;

3. Kevin Connor;

4. Ermann Sully;

5. Fabiano Estrela;

6. Stephen Morse;

7. Paul Porter;

8. Bony Mike Alexis;

9. Rose Etienne;

10. Edward O'Leary;

11. Kevin Connor.

(C) The defendants intend to offer the following documents into evidence at the time of trial:

1. Officer Estrela's training history;

2. Officer Morse's training history;

3. Officer Estrela's personnel file;

4. Officer Morse's personnel file;

5. Plaintiff's Booking Photos;

6. Defendant, Stephen Morse's Answers to Plaintiff's First Set of Interrogatories;

7. Defendant, Fabiano Estrela's Answers to Plaintiff's First Set of Interrogatories;

8. Defendant, Town of Randolph's Answers to Plaintiff's First Set of Interrogatories;

9. Defendant, Stephen Morse's Supplemental Answers to Plaintiff's First Set of Interrogatories;

10. Defendant, Fabiano Estrela's Supplemental Answers to Plaintiff's First Set of Interrogatories;

11. Defendant, Town of Randolph's Supplemental Answers to Plaintiff's First Set of Interrogatories;

12. Plaintiff's Answers to Defendant's First Set of Interrogatories;

13. Plaintiff's Supplemental Answers to Defendant's First Set of Interrogatories;

14. Randolph Police Department's Policy and Procedure Manual;

15. Randolph Police Department Rules and Regulations Manual.

The defendants may present the following evidence if the need arises:

1. Transcripts and Exhibits used in deposition of:

a. Ermann Sully;

b. Fabiano Estrela;

c. Stephen Morse;

d. Acting Chief Paul Porter;

e. Bony Mike Alexis;

f. Rose Etienne;

g. Lt. Edward O'Leary;

h. Lt. Kevin Connor;

i. Scott Seto;

j. Stephen Mahoney.

DEFENDANTS

By their attorneys,

*[signature]*
Joseph L. Tehan, Jr. (BBO# 494020)
Jeffrey T. Blake (BBO# 655773)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

240414/METG/0381

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 1/7/04.
*[signature]*