UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 03-12298-WGY

ERMANN SULLY,
          Plaintiff

v.

FABIANO ESTRELA, STEPHEN MORSE,
and TOWN OF RANDOLPH,
          Defendants.

## AFFIDAVIT OF MURRAY P. REISER, ESQUIRE

I, Murray P. Reiser, attorney for the plaintiff hereby state and depose under oath that pursuant to Massachusetts General Laws, Chapter 233, Section 79G and the Federal Rules of Evidence, I forwarded to the attorney of record for defendants, Joseph L. Tehan, Jr., copies of the following:

1. Certified medical records/reports for services rendered by Gary A. Chinman, M.D., Brigham and Women's Hospital Department of Psychiatry;
2. Certified medical bills for services rendered by Gary A. Chinman, M.D., Brigham and Women's Hospital Department of Psychiatry;
3. Certified medical records/reports for services rendered by Brigham and Women's Hospital;
4. Certified medical bills for services rendered by Brigham and Women's Hospital;
5. Certified medical records/reports for services rendered by Codman Square Chiropractic; and
6. Certified medical bills for services rendered by Codman Square Chiropractic.

Copies of such certified medical records/reports were forwarded to Joseph L. Tehan, Jr., Esq., Kopelman & Paige, P.C., 31 St. James Street, Boston, Massachusetts 02116, by certified mail, return receipt requested. See attached return receipt cards.

Signed under the penalties of perjury this 18th day of January 2005.

          The Plaintiff,
          By his attorney,

          /s/ Murray P. Reiser
          _____
          Murray P. Reiser, BBO# 416180
          Law Office of Murray P. Reiser, P.C.
          4 Longfellow Place, Ste. 3703
          Boston, MA 02114
          617-742-1810

CERTIFICATE OF SERVICE

    I, Murray P. Reiser, hereby certify that a true copy of the foregoing document was served upon the attorney of record for each party to this action on this 19th day of January, 2005 via hand delivery.

    /s/ Murray P. Reiser
    _____
    Murray P. Reiser