Case 1:03-cv-12298-WGY    Document 30-2    Filed 01/19/2005    Page 1 of ...

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Joseph L. Tehan Jr. Esq.
   Kopelman + Paige, P.C.
   31 St. James Avenue
   Boston, MA 02116-4102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X M. Devereau — ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery: 1/7
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0007 2536 6610

PS Form 3811, February 2004   9409-6   Domestic Return Receipt   102595-02-M-154

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Joseph L. Tehan, Jr. Esq.
   Kopelman + Paige, P.C.
   31 St. James Avenue
   Boston, MA 02116-4102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X M. Devereau — ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery: 1/10
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0007 2536 6627

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Joseph L. Tehan, Jr. Esq.
   Kopelman & Paige, P.C.
   31 St. James Avenue
   Boston, MA 02116-4102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Mary Devereau — ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery: 1/11
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0007 2536 6641

PS Form 3811, February 2004   9409-6   Domestic Return Receipt   102595-02-M-154