UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 03-12298-WGY

ERMANN SULLY,
                Plaintiff

v.

FABIANO ESTRELA, STEPHEN MORSE,
and TOWN OF RANDOLPH,
                Defendants.

## PLAINTIFF'S SUPPLEMENTAL REQUIRED DISCLOSURES PURSUANT TO F.R.C.P. 26(a)(3)

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure the plaintiff supplements his disclosures as follows:

(A)    The plaintiff may have to call the following witnesses if the need arises:

James Foley
Quincy District Court
Quincy, MA 02169

DATED: January 24, 2005

By plaintiff's attorney,

/s/ Murray P. Reiser
_____
Murray P. Reiser, BBO# 416180
Law Office of Murray P. Reiser, P.C.
4 Longfellow Place, Suite 3703
Boston, MA 02114
(617) 742-1810

## CERTIFICATE OF SERVICE

I, Murray P. Reiser, hereby certify that a true copy of the foregoing document was served upon the attorney of record for each party to this action on this 24th day of January, 2005 via hand delivery.

/s/ Murray P. Reiser
_____
Murray P. Reiser