UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 03-12298-WGY

ERMANN SULLY,
                Plaintiff

v.

FABIANO ESTRELA, STEPHEN MORSE,
and TOWN OF RANDOLPH,
                Defendants.

## STIPULATION OF DISMISSAL

The plaintiff and the defendants hereby stipulate and agree that the plaintiff's claims for punitive damages alleged in his Amended Complaint be dismissed with prejudice and without costs and fees pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, waiving all rights of appeal.

DATED: February 2, 2005

| PLAINTIFF, | DEFENDANTS, |
| --- | --- |
| By his attorney, | By their attorneys, |
| /s/ Murray P. Reiser | /s/ Joseph L. Tehan, Jr. |
| Murray P. Reiser, BBO# 416180 | Joseph L. Tehan, Jr. BBO# 494020 |
| Law Office of Murray P. Reiser, P.C. | Jeffrey T. Blake BBO# 655773 |
| 4 Longfellow Place | Kopelman and Paige, P.C. |
| Boston, MA 02114 | 31 St. James Avenue |
| (617)742-1810 | Boston, MA 02116 |
|  | (617) 556-0007 |