UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12298-WGY

| | |
|---|---|
| ERMANN SULLY,<br><br>         Plaintiff<br><br>v.<br><br>FABIANO ESTRELLA, STEPHEN MORSE and TOWN OF RANDOLPH,<br><br>         Defendants | STIPULATION OF<br>DISMISSAL WITH PREJUDICE |

Now come the parties to the above-captioned matter and, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), hereby stipulate to the dismissal of all claims in the Amended Complaint, with prejudice, without interest, costs or fees to any party, and with all parties waiving any rights of appeal.

| PLAINTIFF, | DEFENDANTS, |
|---|---|
| By his attorney, | By their attorney, |
| _/s/ Murray P. Reiser_<br>Murray P. Reiser (BBO# 416180)<br>Law Office of Murray P. Reiser, P.C.<br>4 Longfellow Place, 37th Floor<br>Boston, MA 02114<br>(617) 742-1810 | _/s/ Joseph L. Tehan, Jr._<br>Joseph L. Tehan, Jr. (BBO# 494020)<br>Kopelman and Paige, P.C.<br>31 St. James Avenue, Seventh Floor<br>Boston, MA 02116<br>(617) 556-0007 |

242391/METG/0381